RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 8/23/11
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| KACEM RAGHIB | : | DOCKET NO. 11-932 |
| VS. | : | JUDGE TRIMBLE |
| ERIC H. HOLDER, ET AL | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the findings and conclusions are entirely correct. Accordingly, it is

IT IS ORDERED that the petition for writ of habeas corpus be DENIED and DISMISSED WITHOUT PREJUDICE as premature.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 23rd day of August, 2011.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE